ADAM PAUL LAXALT
Nevada Attorney General
PETER K. KEEGAN
Deputy Attorney General
Nevada Bar No. 12237
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1257
E-mail:  PKeegan@ag.nv.gov

*Attorneys for Defendants Todd Drake,
Lona Efrain, Steven Ervin, Jennifer Nash,
Dwight Neven, and Lawrence Panozzo*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| GEORGE TYRONE DUNLAP, | Case No.  2:14-cv-00273-APG-PAL |
|---|---|
| Plaintiff, | **SUPPLEMENT TO REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY** |
| v. | |
| DWIGHT NEVEN, et al., | |
| Defendants. | |

Defendants, Todd Drake, Lona Efrain, Steven Ervin, Jennifer Nash, Dwight Neven, and Lawrence Panozzo, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Peter K. Keegan, Deputy Attorney General, hereby file this Supplement to the Report of the Office of the Attorney General RE: Results of the 90-Day Stay.

///
///
///
///
///
///
///
///
///

**MEMORANDUM**

An informal telephonic settlement conference was held on January 30, 2015, and as of this date, the parties have not reached a settlement. However, settlement negotiations are ongoing between the Plaintiff and the Defendants and therefore, Defendants request that the 90-day stay be extended for 30 days.

DATED this 2nd day of February, 2015.

ADAM PAUL LAXALT
Attorney General

By: _____
PETER K. KEEGAN
Deputy Attorney General
Bureau of Litigation
Public Safety Division

*Attorneys for Defendants*

IT IS SO ORDERED this 2nd day of February, 2015.

_____
Peggy A. Leen
United States Magistrate Judge

**CERTIFICATE OF SERVICE**

    I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 2nd day of February, 2015, I caused to be deposited for mailing a true and correct copy of the foregoing, **SUPPLEMENT TO THE REPORT OF THE OFFICE OF THE ATTORNEY GENERAL RE: RESULTS OF THE 90-DAY STAY**, to the following:

George Tyrone Dunlap #90083
Ely State Prison
P.O. Box 1989
Ely, NV 89301

                                            /s/ [signature]
An employee of the
Office of the Attorney General