# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE TYRONE DUNLAP,<br><br>　　　Plaintiff,<br><br>vs.<br><br>DWIGHT NEVEN, et al.,<br><br>　　　Defendants. | Case No. 2:14-cv-00273-APG-PAL<br><br>**ORDER** |

Defendants have submitted a status report (#10) and supplement (#11). They state that an informal telephonic settlement conference was held on January 30, 2015, and that settlement negotiations are ongoing. They request an extension of the 90-day stay to conclude those negotiations. The court grants defendants' request.

IT IS THEREFORE ORDERED that the stay of this action is extended by thirty (30) days.

IT IS FURTHER ORDERED that defendants shall file a further supplement to the status report no later than March 4, 2015. The supplement shall state the outcome of the informal settlement negotiations and whether defendants intend to proceed with this action.

DATED: February 3, 2015

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge