**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| GEORGE TYRONE DUNLAP, JR., | Case No. 2:14-cv-00273-APG-PAL |
| Plaintiff, | **ORDER (1) GRANTING MOTION TO DISMISS AND (2) DIRECTING THE PLAINTIFF TO SHOW CAUSE WHY THE REMAINDER OF HIS CASE SHOULD NOT BE DISMISSED** |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Defendants. | (Dkt. #25) |

Plaintiff George Dunlap, Jr. filed this civil rights action while he was imprisoned at Ely State Prison. He represents himself and was granted in forma pauperis status. (Dkt. #21.) Following an unsuccessful mediation, the Nevada Office of the Attorney General accepted service on behalf of defendants Lawrence Panozzo, Efrain Lona, Todd Drake, Jennifer Nash, and Dwight Neven. (Dkt. #20, #22.) These defendants now move to dismiss because Dunlap was released from prison on June 19, 2015, but he has failed to update his address since then. (Dkt. #25.) The defendants have tried to communicate with Dunlap on discovery matters, but their letters were returned. (Dkt. #25-1.) The court's orders have also been returned in the mail. (Dkt. #27, #29.)

Local Rule of Special Proceedings 2-2 requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address. "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

Dunlap has failed to comply with the Rule because he has not updated his address in over three months since his release from prison. His non-compliance has disrupted discovery and he has not opposed the motion to dismiss. I therefore grant the moving defendants' motion to dismiss as unopposed. LR 7-2(d). Additionally, I order Dunlap to show cause why the remainder of his case should not be dismissed for failure to comply with LSR 2-2.

1    IT IS THEREFORE ORDERED that the defendants' motion to dismiss **(Dkt. #25) is GRANTED**. Plaintiff George Tyrone Dunlap, Jr.'s claims against defendants Lawrence Panozzo, Efrain Lona, Todd Drake, Jennifer Nash, and Dwight Neven are DISMISSED with prejudice.

IT IS FURTHER ORDERED that Plaintiff George Tyrone Dunlap, Jr. is ORDERED to show cause in writing, no later than October 30, 2015, why the remainder of his case should not be dismissed with prejudice for failure to comply with Local Special Rule 2-2. Failure to respond to this order to show cause will result in dismissal of the plaintiff's remaining claims with prejudice.

DATED this 5th day of October, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE