UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GEORGE TYRONE DUNLAP, JR., | Case No. 2:14-cv-00273-APG-PAL |
| Plaintiff, | **ORDER DISMISSING REMAINING CLAIMS** |
| v. | |
| DWIGHT NEVEN, *et al.*, | |
| Defendants. | |

Plaintiff George Dunlap, Jr. filed this civil rights action while he was imprisoned at Ely State Prison. He represents himself and was granted in forma pauperis status. (Dkt. #21.) I previously granted a motion to dismiss filed by defendants Lawrence Panozzo, Efrain Lona, Todd Drake, Jennifer Nash, and Dwight Neven because Dunlap failed to update his address after he was released from prison and he has not communicated with the defendants or the court. (Dkt. #30.) I also directed that Dunlap show cause why the remainder of his case should not be dismissed for failure to comply with Local Rule of Special Proceedings 2-2, which requires a pro se plaintiff in a civil rights case to immediately notify the court of any of change of address. (*Id.*) "Failure to comply with this Rule may result in dismissal of the action with prejudice." LSR 2-2.

Dunlap has failed to comply with the Rule because he still has not updated his address. My order to show cause was returned in the mail. (Dkt. #31.)

IT IS THEREFORE ORDERED that the remainder of Plaintiff George Tyrone Dunlap, Jr.'s case is DISMISSED with prejudice for failure to comply with Local Special Rule 2-2.

DATED this 10th day of November, 2015.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE